Andrew M. Altschul, OSB #980302
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon  97204
Telephone:  503.974.5015
Facsimile:   971.230.0337
E-mail:  *andrew@baaslaw.com*

  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **ESTATE OF DAVID S. HOPPER,**<br><br>   Plaintiff,<br><br> v.<br><br>**STANDARD INSURANCE COMPANY**, an Oregon corporation,<br><br>   Defendant. | Case No. 3:14-cv-00686-PK<br><br>**CORPORATE DISCLOSURE STATEMENT** |

  In accordance with Federal Civil Procedure 7.1 Defendants Standard Insurance Company ("Standard") makes the following disclosures about their corporate identity:

  Standard is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a company that is publicly traded on the New York Stock Exchange.

Page 1 – **CORPORATE DISCLOSURE STATEMENT**

Dated: June 12, 2014					BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

s/ Andrew M. Altschul

_____
Andrew M. Altschul, OSB #980302
Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
503-974-5015
andrew@baaslaw.com

Attorneys for Defendant

Page 2 – **CORPORATE DISCLOSURE STATEMENT**

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically transmitted the foregoing **CORPORATE DISCLOSURE STATEMENT** to the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Megan E. Glor
John C. Shaw
Megan E. Glor, Attorneys at Law, PC
621 SW Morrison, Suite 900
Portland, OR 97205
megan@meganglor.com
john@meganglor.com

Attorneys for Plaintiff

| | |
|---|---|
| Dated: June 12, 2014 | BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP |
| | s/ Andrew M. Altschul |
| | _____ |
| | Andrew M. Altschul, OSB #980302 |
| | Buchanan Angeli Altschul & Sullivan LLP |
| | 321 SW 4th Avenue, Suite 600 |
| | Portland, Oregon 97204 |
| | 503-974-5015 |
| | andrew@baaslaw.com |
| | |
| | Attorneys for Defendant |

Page 1 – **CERTIFICATE OF SERVICE**